IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02918-RPM

FLOYD G. "SCHOTT" DAVIS,
LAVONNE J. DAVIS, and
JOHN ALEXANDER,

      Plaintiffs,

v.

KENNETH ADELBERG,

      Defendant.

_____

ORDER FOR DISMISSAL OF FLOYD G. "SCHOTT" DAVIS AND LAVONNE J. DAVIS
_____

      Pursuant to the Stipulation for Dismissal without Prejudice of Claims of Floyd Davis and Lavonne Davis [7] filed December 8, 2011, it is

      ORDERED that the claims of plaintiffs Floyd Davis and LaVonne Davis are dismissed without prejudice, each party to pay their own costs and fees.

      DATED:   December 9th, 2011

                                      BY THE COURT:

                                      s/Richard P. Matsch
                                      _____
                                      Richard P. Matsch, Senior Judge