IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 11-cv-02918-RPM

JOHN ALEXANDER,

    Plaintiff,

v.

KENNETH ADELBERG,

    Defendant.

_____

## ORDER DENYING MOTION FOR RECONSIDERATION
_____

On February 14, 2012, the plaintiff filed a motion for reconsideration of this Court's Order of Dismissal and it is now

ORDERED that the motion for reconsideration is denied.

DATED:  February 15th , 2012

                              BY THE COURT:

                              s/Richard P. Matsch
                              _____
                              Richard P. Matsch, Senior District Judge